## IN RE LYRICC B.*
### (AC 35348)

DiPentima, C. J., and Beach and Alvord, Js.

Argued May 15—officially released May 21, 2013**

Per Curiam. The judgment is affirmed.

## PHILIP A. SEGNERI, JR. v. FAIRFIELD VILLAGE CONDOMINIUM ASSOCIATION ET AL.
### (AC 34461)

DiPentima, C. J., and Sheldon and Schaller, Js.

Argued May 22—officially released June 11, 2013

Per Curiam. The judgment is affirmed.

## FREDERICK PAYNE v. COMMISSIONER OF CORRECTION
### (AC 33439)

DiPentima, C. J., and Alvord and Keller, Js.

Submitted on briefs May 17—officially released June 11, 2013

Per Curiam. The appeal is dismissed.

* In accordance with the spirit and intent of General Statutes § 46b-142 (b) and Practice Book § 79a-12, the names of the parties involved in this appeal are not disclosed. The records and papers of this case shall be open for inspection only to persons having a proper interest therein and upon order of the Appellate Court.

** May 21, 2013, the date that this decision was released as a slip opinion, is the operative date for all substantive and procedural purposes.